## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3620-CBM (EX) | Date | July 2, 2014 |
|---|---|---|---|
| Title | *Shanghai Hai Bi Cultural Media Co., LTD v. Pac West Distributing, Corp.* | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Yolanda Skipper | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** **ORDER TO SHOW CAUSE RE: PERSONAL JURISDICTION AND VENUE; ORDER TO SERVE NOTICE OF DEFAULT**

The matter before the Court is Plaintiffs' Motion for Entry of Default Judgment ("Motion"). (Docket No. 23.)

Upon review of the Complaint, it is not apparent that the Court has personal jurisdiction over this matter. *See Yahoo! Inc. v. La Ligue Contre Le Racisme Et L'Antisemitisme*, 433 F.3d 1199, 1205 (9th Cir. 2006). "In most circumstances, a defect in personal jurisdiction is a defense that may be asserted or waived by a party." *In re Tuli,* 172 F.3d 707, 712 (9th Cir.1999) (citing Fed.R.Civ.P. 12(h)(1)). However, "[w]hen entry of judgment is sought against a party who has failed to plead or otherwise defend, a district court has an affirmative duty to look into its jurisdiction over both the subject matter and the parties." *Id.*

Based on the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE**, why the Court should not dismiss this action for lack of personal jurisdiction and for improper venue. Plaintiffs are hereby **ORDERED** to provide, in writing, the factual and legal basis for satisfying the requirements of personal jurisdiction and venue no later than **July 9, 2014**. Failure to respond to this Order on or before **July 9, 2014** will result in the dismissal of this action without prejudice.

The Order to Show Cause will stand submitted upon filing of a response. The hearing date for Plaintiff's Motion, now set for July 8, 2014, is hereby continued to **July 29, 2014 at 10:00 a.m.** Plaintiff is further **ORDERED** to serve notice of the Motion for Entry of Default Judgment on Defendants no later than **July 9, 2014.**

**IT IS SO ORDERED**.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | YS |